NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHERYL HIGGINS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5025

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00922-EJD, Judge Edward J. Damich.

---

**ON MOTION**

---

**O R D E R**

The United States moves for an extension of time to file its brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

HIGGINS v. US

     The motion is granted. Cheryl Higgins should calculate the due date for her reply brief (if she chooses to file one) from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21